IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-87-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAURICE ISSAC HEMINGWAY, | ) | |
| | ) | |
| Defendant. | ) | |

On November 19, 2024, Maurice Hemingway ("defendant" or "Hemingway"), proceeding pro se, filed a motion to receive his plea agreement and sentencing transcript without paying the standard fee [D.E. 29]. The Fourth Circuit affirmed Hemingway's conviction and sentence on direct appeal [D.E. 31, 32].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Hemingway has failed to show a particularized need for the sentencing transcript or the plea agreement.

In sum, to the extent defendant seeks to obtain his plea agreement and sentencing transcript without charge, the court DENIES as meritless his motion [D.E. 29]. Defendant may write his appellate counsel and request copies of the documents.

SO ORDERED. This 29 day of July, 2025.

JAMES C. DEVER III
United States District Judge